UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:00-CR-126-1F

| United States Of America | ) | |
|---|---|---|
| | ) | ORDER MODIFYING AND |
| vs. | ) | |
| | ) | CONTINUING SUPERVISION |
| Dandrell Lamont Harris | ) | |

On June 12, 2001, Dandrell Lamont Harris appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922 (g)(1), was sentenced to the custody of the Bureau of Prisons for a term of 65 months, followed by 36 months of supervised release. On October 13, 2009, the original term of supervised release was revoked, the defendant received credit for time served, and was placed back on an additional term of supervised release for 24 months, which commenced that date.

From evidence presented at the revocation hearing on December 13, 2010, the court finds as a fact that Dandrell Lamont Harris, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.    Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued.

**IT IS FURTHER ORDERED** that the supervision be modified to include the following additional condition:

The offender shall undergo placement at FIRST at Blue Ridge, Inc., a long-term residential substance abuse recovery program for males. The offender is to abide by all the rules and regulations of the residential program. He is to satisfactorily complete the 12 to 18 month program and is not to leave or drop out from the program until completion.

**IT IS FURTHER ORDERED** that the offender is to remain in the custody of the U.S. Marshal until December 20, 2010. Upon the offender's release he is to travel directly from Jail to FIRST at Blue Ridge, Inc., 32 Knox Road, Ridgecrest, North Carolina, to begin the residential treatment program.

Dandrell Lamont Harris
Docket No. 7:00-CR-126-1F
Order Modifying
Page 2

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the December 13, 2010.

James C. Fox
Senior U.S. District Judge